UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
In Admiralty – Newport News Division

**TANGO MARINE S.A.,**

    **Plaintiff,**

                              **Civil Action No.**

**v.**

**ELEPHANT GROUP LIMITED**

**ELEPHANT GROUP PLC**

    **Defendants,**

**and**

**SHINE BRIDGE GLOBAL INCORPORATED**

    **Garnishee.**

## TANGO MARINE S.A. FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that plaintiff Tango Marine S.A. is not a publicly traded company.

Respectfully submitted on November 22, 2019.

                                          **TANGO MARINE S.A.,**

                                          By: /s/ David N. Ventker
                                          Of Counsel

David N. Ventker (VSB No. 29983)
Marissa M. Henderson (VSB No. 44156)
Ventker Henderson, PLLC
256 West Freemason Street
Norfolk, Virginia 23510
Telephone: 757.625.1192
Facsimile: 757.625.1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com

- 2 -

J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:     410-783-5795
Facsimile:     410-510-1789
jssimms@simmsshowers.com

*Attorneys for Tango Marine S.A.*